# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                        **Case No. 6:05-cr-77-Orl-31DAB**

**CAROL C. JACOME**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on October 24, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Superseding Petition for Warrant or Summons for Offender Under Supervision filed October 16, 2006 by Probation Officer Troy C. Dennis.

In the Superseding Petition, Probation Officer Troy C. Dennis alleges the Defendant was in violation of:

1. **Positive urinalysis:** On December 5, 2005, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. This is a violation of Condition 7 of the Standard Conditions of Supervision, as set forth in the Judgment.

2. **Positive urinalysis:** On January 4, 2006, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. This is a violation of Condition 7 of the Standard Conditions of Supervision, as set forth in the Judgment.

3. **Positive urinalysis:** On August 23, 2006, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. This is a violation of Condition 7 of the Standard Conditions of Supervision, as set forth in the Judgment.

4. **Failure to submit to urinalysis:** On September 6, 2006, the defendant failed to submit a periodic urine specimen for drug testing as directed by her probation officer on September 5, 2006. This is a violation of Condition 3 of the Standard Conditions of Supervision, as set forth in the Judgment.

5. **Positive urinalysis:** On September 19, 2006, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. This is a

      violation of Condition 7 of the Standard Conditions of Supervision, as set forth in the Judgment.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of her supervised release and respectfully recommends that the Court enter an Order to Show Cause why her supervised release should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 25th day of October, 2006.

                                         *David A. Baker*
                                         DAVID A. BAKER
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant