# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:05-cr-77-Orl-31DAB

**CAROL C. JACOME**

_____

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on November 28, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge David A. Baker (Doc. No. 63), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on September 15, 2006. The Defendant was represented at the hearing by Clarence W. Counts, Jr., Esquire.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of 3 months. Defendant shall voluntary surrender to the institution designated by the Bureau of Prisons by 2 p.m. on January 2, 2007. The Defendant shall remain on her current terms and conditions of release pending her surrender date.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this Court.

**DATED AND ORDERED** on November 28, 2006 in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant